UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:20-mj-02346-JG

UNITED STATES OF AMERICA

vs.

CARLOS ENRIQUE OJEDA,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __Yes  _x_ No

                                  Respectfully submitted,

                                  ARIANA FAJARDO ORSHAN
                                UNITED STATES ATTORNEY

BY:     /s/ Lacee Monk
          LACEE MONK
          ASSISTANT UNITED STATES ATTORNEY
          Florida Bar No. 0100322
          99 NE 4th Street
          Miami, Florida 33132-2111
          Tel (305) 961-9427
          Fax (305) 530-7976
          Lacee.Monk@usdoj.gov

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **FLORIDA**

UNITED STATES OF AMERICA

V.

CARLOS ENRIQUE OJEDA,

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:20-mj-02346-JG

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 3, 2020, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant, CARLOS ENRIQUE OJEDA, did knowingly and intentionally import into the United States from a place outside thereof a Schedule III controlled substance, that is, ketamine, in violation of Title 21, United States Code, Section 952(a); and did knowingly and intentionally possess with the intent to distribute a Schedule III controlled substance, that is, ketamine, in violation of Title 21, United States Code, Section 841(a)(1).

I further state that I am a Special Agent and that this complaint is based on the following facts:

On or about March 3, 2020, the defendant, CARLOS ENRIQUE OJEDA, arrived at Miami International Airport aboard Air Europa Flight #97 from Madrid, Spain. After being admitted into the United States by U.S. Customs and Border Protection, the defendant presented himself and his luggage to U.S. Customs and Border Protection for examination. During a secondary examination, U.S. Customs and Border Protection Officers discovered a liquid substance concealed in several plastic bottles packed inside the defendant's luggage. A field test of the liquid substance proved positive for the presence of ketamine. The defendant claimed ownership of the luggage and the contents within. The estimated weight of the liquid substance was 6.195 kilograms.

JORGE DeCARDONA, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

MARCH 4, 2020     at     Miami, Florida
Date                                    City and State

JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer     Signature of Judicial Officer

Jonathan Goodman
U.S. Magistrate Judge